IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEONARD GIPSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 18 cv 5120 |
| *v.* ) | |
| ) | |
| CITY OF CHICAGO, Former CHICAGO ) | |
| POLICE SERGEANT RONALD WATTS, ) | |
| Former OFFICER KALLATT ) | |
| MOHAMMED, SERGEANT ALVIN ) | Honorable Steven Seeger |
| JONES, OFFICER ELSWORTH SMITH ) | |
| JR., OFFICER DOUGLAS NICHOLS JR., ) | |
| OFFICER BRIAN BOLTON, OFFICER ) | |
| MANUEL LEANO, OFFICER KENNETH ) | |
| YOUNG, OFFICER DARREL ) | |
| EDWARDS, OFFICER MATTHEW ) | |
| CADMAN, MICHAEL SPAARGAREN, ) | |
| OFFICER GEORGE SUMMERS, ) | |
| OFFICER CALVIN RIDGELL, OFFICER ) | |
| ROBERT GONZALEZ, OFFICER ) | |
| LAMONICA LEWIS, PHILIP CLINE, ) | |
| DEBRA KIRBY, KAREN ROWAN, and ) | |
| any other yet-unidentified officers of the ) | |
| Chicago Police Department, ) | |
| ) | *Jury Demand* |
| *Defendants*. ) | |

**JOINT MOTION FOR
CLARIFICATION ABOUT DAUBERT SCHEDULE**

The parties in this case jointly move for clarification about the schedule for filing *Daubert* motions in this case, and in support, states as follows:

1. On March 12, 2024, the Court set various deadlines for expert discovery, *Daubert* briefs, and summary judgment motions. Specifically, the Court set a September 30, 2024 deadline for summary judgment and *Daubert* motions. (Dkt. 120).

1

2.      On September 10, 2024, the Court granted Defendants' motion to disclose an addendum for proposed defense expert Alexander Obolsky and to extend the date for his deposition. (Dkt. 130). That order also reset the deadline for expert depositions to September 30, 2024 and reset the deadline for dispositive motions to October 25, 2024. (*Id*.).

3.      The order further reflects the parties are to provide the Court with a status report on October 4, 2024, which in part is to confirm the parties have completed expert discovery. However, the order did not set a new deadline for *Daubert* motions.

4.      The parties therefore respectfully request clarification as to whether *Daubert* motions are also due on October 25, 2024.

Respectfully Submitted,

*/s/ Gianna Gizzi*
*One of Plaintiffs' Attorneys*

Jon Loevy
Arthur Loevy
Scott Rauscher
Josh Tepfer
Theresa Kleinhaus
Sean Starr
Gianna Gizzi
LOEVY & LOEVY
311 North Aberdeen Street,
Chicago, IL 60607
(312) 243-5900
gizzi@loevy.com

*/s/ Paul Michalik*
*One of the Attorneys for Defendants*
*City of Chicago and Supervisors*

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Dhaviella N. Harris
Daniel J. Burns
BURNS NOLAND LLP

2

311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
p. (312) 982-0090
e. pmichalik@burnsnoland.com

*/s/ William E. Bazarek*
*One of the Attorneys for Defendant Officers*

Andrew M. Hale
Anthony E. Zecchin
Kelly M. Olivier
William E. Bazarek
Jason M. Marx
Hannah Beswick-Hale
HALE & MONICO LLC
53 W Jackson Blvd., Suite 334
Chicago, IL 60604
p. (312) 341-9646
e. azecchin@halemonico.com

*/s/ Brian Gainer*
*One of the Attorneys for Defendant Ronald Watts*

Brian Gainer
Monica Burkoth
Lisa M. McElroy
JOHNSON & BELL LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603-5404
p. (312) 372-0770
e. gainerb@jbltd.com

*/s/ James V. Daffada*
*One of the Attorneys for Defendant Officers Cadman and Spaargaren*

James V. Daffada
Thomas M. Leinenweber
LEINENWEBER BARONI & DAFFADA, LLC
120 N. LaSalle St., Suite 2000
Chicago, Illinois 60602
Tel: (312) 217-8357

*/s/ Timothy P. Scahill*
*One of the Attorneys for Defendant Calvin Ridgell, Jr.*

Steven B. Borkan
Timothy P. Scahill

BORKAN & SCAHILL, LTD.
20 S. Clark St., Suite 1700
Chicago, IL 60302
p. (312) 580-1030
f. (312) 263-0128
e. TScahill@borkanscahill.com