IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD GIPSON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | No. 18 cv 5120 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, Former CHICAGO POLICE SERGEANT RONALD WATTS, Former OFFICER KALLATT MOHAMMED, SERGEANT ALVIN JONES, OFFICER ELSWORTH SMITH JR.. OFFICER DOUGLAS NICHOLS JR., OFFICER BRIAN BOLTON, OFFICER MANUEL LEANO, OFFICER KENNETH YOUNG, OFFICER DARREL EDWARDS, OFFICER MATTHEW CADMAN, MICHAEL SPAARGAREN, OFFICER GEORGE SUMMERS, OFFICER CALVIN RIDGELL, OFFICER ROBERT GONZALEZ, OFFICER LAMONICA LEWIS, PHILIP CLINE, DEBRA KIRBY, KAREN ROWAN, and any other yet-unidentified officers of the Chicago Police Department, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Steven Seeger |
| | ) | *Jury Demand* |
| *Defendants*. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT**
**MOHAMMED'S MOTION TO AMEND HIS ANSWER**

Plaintiff Leonard Gipson responds to Defendant Kallatt Mohammed's motion for leave to amend his answer to Plaintiff's Complaint as follows:

1. On September 6, 2024, Defendant Mohammed moved for leave to amend his answer to Plaintiff's Complaint. (Dkt. 129). Specifically, Mohammed seeks to amend his Answer to withdraw his Fifth Amendment invocation.

1

2. On September 11, 2024, this Court entered a minute order highlighting that Mohammed's prior assertion of the Fifth Amendment is an evidentiary privilege, and any question about the admissibility of the prior invocation is premature. Dkt. 131. This Court, however, allowed Plaintiff to file a response in the event Plaintiff wanted to add anything. *Id.*

3. Plaintiff does intend to present Mohammed's prior invocation of the Fifth Amendment to the jury

4. That said, Plaintiff agrees with the Court that it is premature to decide any disputes about this evidentiary issue.

Respectfully Submitted,

*/s/ Gianna Gizzi*
*One of Plaintiffs' Attorneys*

Jon Loevy
Arthur Loevy
Scott Rauscher
Josh Tepfer
Theresa Kleinhaus
Sean Starr
Gianna Gizzi
LOEVY & LOEVY
311 North Aberdeen Street,
Chicago, IL 60607
(312) 243-5900
gizzi@loevy.com