IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD GIPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18 C 5120 |
| | ) | |
| CITY OF CHICAGO, Former CHICAGO POLICE SERGEANT RONALD WATTS, Former OFFICER KALLATT MOHAMMED, SERGEANT ALVIN JONES, OFFICER ELSWORTH SMITH JR., OFFICER DOUGLAS NICHOLS JR., OFFICER BRIAN BOLTON, OFFICER MANUEL LEANO, OFFICER KENNETH YOUNG, OFFICER DARREL EDWARDS, OFFICER MATTHEW CADMAN, MICHAEL SPAARGAREN, OFFICER GEORGE SUMMERS, OFFICER CALVIN RIDGELL, OFFICER ROBERT GONZALEZ, OFFICER LAMONICA LEWIS, and any other yet unidentified officers of the Chicago Police Department, | ) | Judge Steven Seeger |
| Defendants. | ) | |

**STATUS REPORT REGARDING SETTLEMENT**

Counsel for Plaintiff and the City of Chicago provide the following update pursuant to the Court's April 2, 2025 Order.

1. All parties have signed the necessary settlement paperwork.

2. Counsel for the City of Chicago is working on arrangements to present the settlement to the municipal body for approval.

3. Magistrate Judge Valdez recently granted the parties' request to extend the deadline for providing a settlement status report to June 4, 2025 unless dismissal documents are filed prior to that date. Dkt. 233. If the settlement is approved before June 4, 2025, the parties will submit dismissal documents. If the settlement has not been approved by June 4, they will file the required status report.

Respectfully submitted,

/s/ Scott Rauscher
One of the Attorneys for the Plaintiff Leonard Gipson

Arthur Loevy
Jon Loevy
Scott Rauscher
Josh Tepfer
Theresa Kleinhaus
Sean Starr
Wallace Hilke
Gianna Gizzi
LOEVY & LOEVY
311 N. Aberdeen St., Third Floor
Chicago, IL 60607


/s/ Paul A. Michalik
One of the Attorneys for Defendant
City of Chicago

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Elizabeth A. Ekl
Katherine C. Morrison
BURNS NOLAND LLP
Special Assistant Corporation Counsel
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090